# United States District Court

FILED

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FEB 19 2015

VENUE: SAN FRANCISCO

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

CR 15 121

STEVEN BROOKS,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 751(a) - Escape

A true bill.

Foreman

Filed in open court this 19th day of February 2015

KAREN L. HOM

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Clerk

Bail, $ no process

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
FEB 19 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

18 U.S.C. § 751(a) - Escape

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum Prison Term of Five Years;
Maximum Fine of $250,000
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

## DEFENDANT - U.S

STEVEN BROOKS

DISTRICT COURT NUMBER

CR 15 121 EMC

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

United States Marshals Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Sarah Hawkins

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year 12/21/2014

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
FEB 19 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. 15 121 |
| Plaintiff, | ) VIOLATION: Title 18 United States Code, Section 18 U.S.C. § 751(a) – Escape |
| v. | ) |
| STEVEN BROOKS, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

On or about November 8, 2014, in the Northern District of California, the defendant,

STEVEN BROOKS,

did knowingly escape from custody in the GEO Group Residential Reentry Center, 111 Taylor Street, San Francisco, California, an institutional facility where he was lawfully confined at the direction of the

///

///

///

///

///

Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of California, upon conviction for the commission of a felony offense against the United States, in violation of Title 18, United States Code, Section 751(a).

DATED: February 19, 2015

A TRUE BILL.

FOREPERSON
2-19-15

MELINDA HAAG
United States Attorney

KEVIN BARRY
Chief, General Crimes

(Approved as to form: ________________)
SARAH HAWKINS
Assistant United States Attorney